UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

VERNON L. BATES

    Plaintiff,

v.	Civil No. 05-1294 - T/An

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE ANSWER

---

The defendant's motion for additional time to file an Answer is granted. The Commissioner shall file an answer by December 20, 2005.

_____
Judge, United States District Court
Date: 8 December 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01294 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Honorable James Todd
US DISTRICT COURT