# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| VERNON BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-1294-T |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING BRIEFING SCHEDULE

This is an action for review of a decision of the Commissioner of Social Security denying Plaintiff's application for benefits under the Social Security Act.

The following briefing schedule is hereby established in this matter:

Plaintiff's brief in support of this appeal must be filed within 30 days of the date of this order.

Defendant's brief in opposition to this appeal must be filed within 30 days after service of Plaintiff's brief.

If Plaintiff wishes to file a reply brief, such brief must be filed within 10 days after service of Defendant's brief.

Failure of either party to comply with this order will result in appropriate sanctions, which may include consideration of the case without regard to that party's brief, or dismissal of the action.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/22/05

Oral argument will be heard in this matter only if requested by the parties and deemed necessary by the court.

IT IS SO ORDERED.


_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_20 December 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01294 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT